AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.

Nilsa LOPEZ, Respondent

v.

CITYWIDE COMMUNITY COUNSELING SERVICES, INC., Miguel Peguero, Ana Jimenez and Modesta Molina, Ph.D., Petitioners

No. 498 EAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Daniel Scott PETRICHKO, Petitioner

No. 2 MAL 2017

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony Michael BALLARD, Petitioner

No. 925 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**